**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RECEIVED
SDNY PRO SE OFFICE

2022 SEP -7  PM 2: 53

MAURENE STENNETTE

Plaintiff,

-against-

NEW YORK DEPARTMENT OF SOCIAL
SERVICES HUMAN RESOURCES
ADMINISTRATION et al.,

Defendant.

_____CV_____

**COMPLAINT**
Do you want a jury trial?
✔ Yes   ☐ No

Comes Now, Maurene Stennette, with a complaint against the New York Department of Social Services' Human Resources Administration.

## JURISDICTION, VENUE AND PARTIES

1.      The Plaintiff , MAURENE STENNETTE, is a United States citizen who was domiciled and owns real property at property rental in Rock, New York.

2.      Upon information and belief, Defendant, NEW YORK DEPARTMENT OF SOCIAL SERVICES HUMAN RESOURCES ADMINISTRATION, is a governmental agency under the laws of the State of New York and has it principal place of business in the State of New York.

3.      This Court has original jurisdiction over this civil action pursuant to *28 U.S.C. § 1331,* a case arising under the United States Constitution, federal and state laws, or treaties as a federal question case (issued below)

4.      Venue properly lies within the jurisdictional district because it is where a substantive part of the events or omissions gave rise to Plaintiff's claims occurred.

5.      This Court may exercise personal jurisdiction over Defendant because they transacted business within the State and this action arises out of that business.  The Plaintiff and Defendant entered into various agreement, the terms of which are more fully set forth below (the

1

"agreement"). The Agreement was entered into in New York and contemplate Defendant's performance thereunder in New York and Federally.

6.     The Defendant violated due process based on failure to do background and tenant history checks pursuant to administrative procedures, policies, and law.

## ISSUE FOR REVIEW

**1.  Did the New York Department of Social Services, Human Resources, Hinder Due Process by failing to adhere to statutory authority under New York State Law?**

## STATEMENT OF CLAIM

7.     In the year of 2019, the Plaintiff and Defendant executed a written Housing Assistance Payments Contract ("HAP Contract"), along with the Lease Agreement with the tenants. **(See) attached Exhibit 4**

8.     On or about February 9, 2019, the Plaintiff began receiving payment from the New York Housing Assistance Program for the tenants at 462 Beach 64th Street, Arverne, New York 11692.

9.     The City of New York Human Resources Administration ("HRA) would forward a monthly amount for rental payments to Ms. Stennette.

10.    In June of 2019, Plaintiff initially reported theft of rental assistance checks to Bureau of Reconciliation & Control (BORAC). The rental assistance checks were being sent to the rental property address, not directly to the Plaintiff.

11.    The Plaintiff had made several attempts to change her address, by physically going to the HRA office several times, emails and numerous telephone calls. On April 10, 2020, the Plaintiff sent correspondence to the HRA to ensure that she would have the address changed to her new residence in Georgia.

12.    The Plaintiff visited the HRA Manhattan office to report the stolen checks and to once again have her address changed.

13.    On or about March 30, 2020, after being directed to complete the Landlord Request for Replacement of Direct Vendor Payment, Plaintiff, forwarded the documentation to Donald Smith, Supervisor Check Replacement Fraud & Forgery Unit for further investigation regarding *check nos. 43336934 dated 8/28/19, 23105242 dated 9/11/19, 23326793 dated 10/09/19, 23984564 dated 1/10/20, 24202206 dated 2/10/20, 24529176 dated 3/24/20 and 22995084 dated 8/24/19* and issued by JC 79. ***See attached Exhibit. 4***

14.    On or about June 23, 2021, Plaintiff, once again submitted correspondence along with forms and copies of the cashed checks made out to the Plaintiff, but signed by the tenant, to include Affidavit of Improper Negotiation of Cash Assistance Check dated June 23, 2021 for *check no. 43377950 dated 9/27/19, 43423764 dated 10/30/19, 43465442 dated 11/27/19, 43508025 dated 12/28/19, 43575686 dated 1/29/20.* ***See attached Exhibit. 1***

15.    On July 13, 2021, Donald Smith, Supervisor Check Replacement Fraud and Forgery Unit was directed by Harold Delaney to process the investigations, and send for legal prosecution, of which to date has not been done.

16.    The Plaintiff had attempted to evict the tenants due to the destruction of her property

17.    The Defendants on several occasions had purposefully broken and/or destroyed personal property that was left in the rental property.   The Defendants have purposefully clogged the bathroom and kitchen drains which in turn has caused flooding in the apartment. The Plaintiff had a plumber at the residence, which reported back to the Plaintiff that the drains were stuffed with meat, fries, hair and other garbage, along with the bathroom plumbing including but not limited to fecal matter. ***See Exhibit 2***

18.     The Plaintiff was advised by DEP to shut off the water because owner owes a water bill in excess of $11,000.00, and the house was flooding again and again.

19.     The Plaintiff has been advised from neighbors that there is a constant law enforcement presence at the rental property, due to violence, sexual innuendos and most strikingly drugs and booze.

20.     On or about January 21, 2021, a neighbor wrote a Complaint to the New York City Department of Housing Preservation complaining about the neighbors.  She reported that there were constant domestic disturbances.  The last incident was December 13, 2020, when the police came out and arrested several people for inebriated fighting.  Loud music at all hours of day and night, verbally threats by the neighbors, smell of drugs and many other incidents including but not limited to- drug and alcoholic disturbances.

## FACTS

21.     Plaintiff owns real property at 462 Beach 64th Street, Arverne, New York 11692. She participates in the Federally funded *Section 8 rent subsidy program ("Section 8") of the Housing Act (42 USC 1437(g))* which aids "low-income families in obtaining a decent place to live, by subsidizing private landlords who would rent to low-income tenants." *Rosario v. Diagonal Realty, LLC, 9 Misc.3d 681, 685, 803 N.Y.S.2d 343 (Sup.Ct. Kings Co.2005) citing Cisneros v. Alpine Ridge Group, 508 U.S. 10, 12, 113 S. Ct. 1898, 123 L.Ed.2d 572 (1993).* Section 8 authorizes the U.S. Department of Housing and Urban Development ("HUD") to enter annual contribution contracts with local public housing authorities so that they may make assistance payments to owners of existing buildings. *Rosario, supra, 9 Misc.3d at 681, 803 N.Y.S.2d 343.* The Housing Authority is one of the local agencies that administers the Section 8 program.

*Citadel Estates, LLC v. NYC Housing Authority,* 39 Misc.3d 880, 960 N.Y.S.2d 598 (Sup.Ct., Kings Co.2013).

22.     HUD has promulgated regulations that govern the operation and administration of Section 8. *See* 24 CFR Part 982. Pursuant to 24 CFR §§ 982.305(d)(22), the PHA administrative plan must cover PHA policies on these subjects: PHA screening of applicants for family behavior or suitability for tenancy.

23.     HUD has promulgated regulations that govern the operation and administration of Section 8. *See* 24 CFR Part 982. Pursuant to 24 CFR §§ 982.305(a)(2), (b)(1)(I), all prospective apartments must meet federal housing qualify standards ("HQS") and be inspected by the Housing Authority prior to being certified under Section 8. Once certified, the apartments must be inspected at least once annually to ensure their continuous compliance. The regulations prohibit the Authority from paying any subsidies to apartments that do not need federal HQS. 24 CFR § 982.404(a)(3), § 982.452(b)(2), § 982.453(a)(1). Pursuant to 24 C.F.R. § 982.404, the Housing Authority must afford the landlord at least 30 days to correct any non-life threatening HQS violation unless the Housing Authority extends the deadline. *See, Matter of 12th & 14th Street Inv., LLC v. New York City Housing Authority,* 2013 N.Y. Slip Op. 30696(U), 2013 WL 1562134, 2013 N.Y. Misc. LEXIS 1436 (Sup.Ct., N.Y. Co.2013); *Rowe v. NYC Housing Authority,* Index No. 029455–10 (Civil Ct., Kings Co.2010).

24.     The relationship between the landlord and the Housing Authority is governed by a Housing Assistant Payment Contract ("HAP") under which the latter pays the Section 8 landlord monthly housing assistance payments from funds allocated by HUD. These rents constitute the difference between the total rent due for an apartment leased by the landlord to a qualified tenant

and the rent due by said tenant under the controlling federal regulations. *Citadel Estates,*

*supra,* 39 Misc.3d at 883, 960 N.Y.S.2d 598.

25.    Both sides agree that the plaintiff and the Housing Authority entered into a HAP

agreement. According to the HAP, Part B subsection 2e, "The owner is responsible for screening

the family's behavior or suitability for tenancy.  The PHA is not responsible for such screening.

The PHA has no liability or responsibility to the owner or other person for the family's behavior

or the family's conduct in tenancy."  However, this is in direct contradiction to 24 CFR §§

982.305(d)(22),

26.    The defendant must make monthly payments so long as the plaintiff complies with all the

provisions of the contract. Part B, subsection 3a, requires the landlord to "maintain the contract

unit and premises in accordance with the HQS. Subsection 3c provides that "if the owner does

not maintain the contract unit in accordance with the HQS the [Authority] may exercise any

available remedies which include the termination of housing assistance payments." Subsection

3e allows the Authority to inspect the contract unit and premises as the Authority sees fit in

accordance with the HQS. Per Subsection 3f, the Housing Authority must notify the owner of

any HQS defects revealed by the inspection and the Authority shall not, pursuant to Subsection

3d, make any housing assistance payments if the contract unit does not meet the HQS, unless the

owner corrects the defect within the period specified by the Authority and the Authority verifies

the correction."

27.    The Housing Authority had made no effort in their application process or the Authority

inspecting the property and notifying the landlord of the HQS defects. While Subsection 3d

mandates that the landlord/owner must cure the defect within 24 hours if the defect is "life

threatening," it does not specify the cure period for non-life-threatening defects, leaving it up to

6

the Housing Authority to determine the necessary period.  The Housing Authority had not tried

to inspect the property pursuant to the HAP contract

28.    ~~Plaintiff asserts that the Housing Authority has "clarified the process" by a management~~

audit dated February 9, 2022, which states that the audit found that DHS lacks adequate controls

over critical aspects of its investigations to determine the eligibility of families with children for

temporary housing assistance.  Specifically, DHS did not ensure that its personnel complied with

agency policy, guidelines, and procedures, and with State Administrative Directives regarding

actions it was required to take to verify applicants' two-year housing histories before finding

them ineligible.  The audit also found that HDS lacks clear written policies and procedures that

adequately reflect the agency's current policies.

29.    Ultimately, whether a plenary action or a special proceeding is appropriate is dependent

upon whether the petitioner asserted that the governmental action was in violation of lawful

procedure or was arbitrary and capricious and an abuse of discretion, in which case an Article 78

proceeding is the appropriate vehicle. *Abiele, supra,* 91 N.Y.2d at 8, 666 N.Y.S.2d 970, 689

N.E.2d 864 (1997). See, *35–41 Clarkson LLC v. NYC Housing Authority,* 2012 WL

5992094 (S.D.N.Y.2012). Only if the focus of the controversy is on an agency's breach of an

express contractual right, or on the agency's violation of the implied obligations of good faith,

fair dealing and cooperation would a plenary action be appropriate. *Abiele, supra,* at 7–8, 666

N.Y.S.2d 970, 689 N.E.2d 864.*See, DDEH 291 Pleasant LLC v. Reinert and Dept. of HPD,* 2009

N.Y. Slip Op. 32790(U), 2009 WL 5072276, 2009 N.Y. Misc. LEXIS 5445 (Sup Ct. N.Y.

Co.2009).

## **RELIEF**

Since that time, HRA your company breached the rental assistance contract, our client was forced to pay the rent and utilities on the property, along with and while her attempts to evict the tenants. The tenants- due to the defendants' negligence and investigating and stopping rental assistant payments being sent to the rental address- have caused damages to the property in the amount over $200,000.00, utilities more than $15,000.00 and loss of equitable time, potential foreclosure of the property, research fees, loss of work and faith in the economy and undermatron of the real estate landscape. Defendants lack of investigation of the theft of rental monies, due diligence, *inter alia,* from this property constitutes fraud in New York and within the UNITED STATES. Additionally, the time out of work, negligent infliction of emotional distress, anxiety, and total loss of time, gives rise to AN AMOUT OF $1,250,000.00(One Million Two Hundred and Fifty Thousand Dollars.

Further, the defendant's department negligence in determining that Ninoshka Smith and Roman Thomas were eligible or ineligible for housing assistance contributed to the fraud and forgery committed against my client, along with the destruction of property. Had the Department made the proper investigation of the history of these tenants, they would not have been eligible for housing assistance and Stennette would not have a hindrance of due process, ipso facto.

8

## NOTICE

<u>THE NATURE OF THIS MATTER IS;</u>

FRAUD, BREACH OF CONTRACT, UNJUST ENRICHMENT, NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS, NEGLIGENCE PER SE- GIVING RISE TO A DEPRIVATION OF DUE PROCES.

The relief sought is damages of **$1,250,000,00(ONE MILLION TWO HUNDRED FIFTY THOUSAND UNITED STATES DOLLARS)**

9

Mescall018785491Prospection                                                                                    8/22/2022

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

MS. MAUREEN STENNETTE
(Victim)
4202 E. Emerald Dr.
Kennesaw, GA 30144

+19173794236

Notary of Public in Witness Of:

8/18/2022

ELI TERCERO
NOTARY PUBLIC – GEORGIA
UNION COUNTY
My Commission Expires May 24, 2025

10

# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

CAPTION:

MAUREEN STENNETTE

## CERTIFICATE OF SERVICE*

Docket Number: _____

v.

AMAZON.COM, et al.

I, Maureen Stennette _____, hereby certify under penalty of perjury that
        (print name)
on 08/20/2022 _____, I served a copy of complaint, certificat, affidavits, evidence
        (date)
all in support of the complaint documents _____
                        (list all documents)

by (select all applicable)**

___ Personal Delivery     ✗ United States Mail         ___ Federal Express or other
                                                              Overnight Courier

___ Commercial Carrier     ✗ E-Mail (on consent)

on the following parties:

| SDNY CLERK PRO SE | 500 PEARL STREET | NEW YORK | NY | 10007 |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |
| AMAZON.COM | CORP OFFICE | | | |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or
proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously
filed.

**If different methods of service have been used on different parties, please complete a separate
certificate of service for each party.

:9|2|22 _____          /s/ _____
        Today's Date                      Signature

Certificate of Service Form (Last Revised 12/2015)

# EXHIBIT ONE

## DECLARATION OF FACT AFFIDAVIT 28 U.S.C. § 1746

**I Maureen Stennette declare under penalty of perjury that adduced below are true facts that happened to me. I am of my own mind and body and soul. I am of my own volition. I will tell the story here.**

I bought my house in August 2012.I just needed to move out of my husband's house since we were getting a divorce and I didn't feel safe there. At the closing, the owner's family was very upset about losing the house and the sale almost did not go through. Apparently, the hard feelings continued, something I was not aware of because I allowed the owner to stay there until he found appropriate living space. He was very nice, but his children were the ones who were upset.

I did a total renovation on the house. I slept in one night and then hurricane Sandy came and deposited almost 5 feet of water in the house. I lost everything on the 1st floor including washer, dryer, refrigerator, water heater and furnace. After rebuilding for the second time, I was able to live in and enjoy my home. However, after a couple years of living alone, I started to miss my daughter and my grandchildren. I decided to move back to Georgia where I had lived previously before moving back to New York for work. Since I had spent so much money on this house in New York, it was hard for me to let just anyone live in my home, so I kept it empty for two years while paying two mortgages. This got too much for me, so I finally decided to rent my house. I am sad to say but this would be a decision that I came to regret because since that fateful decision, I have been living a waking nightmare!

I wanted to rent my home to someone who would take good care of my place and treat it like it was theirs. I know that it is hard to find good tenants. However, someone I knew very well, recommended a realtor whom he said he works for at times and who could find a good tenant for me. Since I trusted this person, I decided to take his advice and talked to the realtor. The Realtor's name is Krishna (Kris) Lakharam from Perfect Properties Corp, 1910 Mott Ave, Far Rockaway, Ny 11691. Phone: Cell: 516-476-0857 Office: 718-327-4800. I was very specific in my requirements, and I let him know this. For instance, I informed him that I did not want smokers or anyone with drug use to live in my house. This realtor informed me that he had many potential renters but said most of them smoked and did not qualify.

However, one day in February 2018, he called and said he found someone who would be a good tenant for me. He stated that he interviewed the family, and they were very nice, they didn't smoke, and the background check was good. Since I was not in the state, I was not able to see or talk to this family. However, I trusted the realtor because he had seen my house, took pictures of what it looked like before renting, as well as he knew of my requirements of the caliber of potential renters. He also pushed a government program called City FEPS, which he said was better than the Section 8 Program. He stated that they would pay one year's rent upfront in a lump sum payment. I knew nothing about this program, but he made it sound very good, so I agreed to take his word and go with the program. I signed a lease for one year and received my payment. I had no idea this action would change my life in the worst possible way imaginable because he conveniently omitted the H in FEPS (City FHEPS). City FHEPS is a rental assistance program under the Human Resources Administration Program (HRA).  I've since then

come to understand that the H means homeless families. I think this omission was intentional because the realtor was working directly with the homeless shelter who were trying to transition homeless people into the society. I believe his reason for doing this was the commission that he received from the transaction.

The name of the tenant is Ninoshka Thomas. She also uses other names such as Cain and Santiago. Her D.O.B. is 11/04/1990. Her husband Roman Thomas is now deceased. I would not be surprised if she had something to do with it. Her case # the City FEPS Program is 034210307E. The Human Resources Administration (HRA) general # is 929-221-0043. Her Social Worker was Kadejah Green. Phone 917-815-0940. One week after tenants moved in, the police started making frequent visits to the home and it only got worse during their tenancy. There were yelling and fighting all the time, with such behavior extending to the street. They smoked, used drugs, played loud music and made noise constantly. This is a very quiet neighborhood and the residents started blaming me for this problem. Things got so bad that my family had to move out. One neighbor had to sell her house to get away from the nuisance. Social Worker Kadejah Green told me that there was nothing City FEPS could do because once the tenant moves in, they have nothing more to do with them, which is not true because they would not let me evict them-they call it a process. And that process is to go through the court system to allow them more time to destroy my house and the neighborhood.

Another Social Worker at Catholic Charities is Minah Song. Phone # 718-647-1015 ext. 3512. She is the one who informed me that my rent checks were being cashed. When I told her that tenant's husband informed me that she was the one cashing the checks, she told me that he was lying and then stopped taking my calls. I have emails and faxes where I sent lease termination letter and forms for change of address and change of payee to her.

The worker at the Rockaway Job Center where she collects public assistance is Leslie Wallace. Phone # 718-637-2144/718-634-6581. Email: wallacel@hra.nyc.gov. This center is located at Beach 59th Steet, Arverne, Ny 11692, next to the train station. Ms. Wallace was helping me to recover the stolen money when apparently, she recognized what was happening and told me that she had a short time to retirement and needed to keep her job. I think she found out who was changing my address and assisting the tenant to steal my checks and it was someone on the inside. She was protecting herself and did not act with integrity. She told me there was nothing more she could do for me.

After I visited the Job Center, I went to the HRA building on 16th Street in Manhattan and changed my address there as well. However, the checks kept going to the property address, and Ninoshka Thomas kept taking my mail from the mailbox, forging and cashing the checks with no problem. One of her accomplices, which the husband told me about is Princess Brown-Smith who lived at 637 Beach 63 St., Arverne, NY 11692. She now lives at 5355 Sugarloaf Pkwy, Apt # 703, Lawrenceville, Ga 30043.  She is the one who forged my signature.

I have spoken to numerous people at the HRA since June 2019 when I reported the theft of my rent checks. There have been 3 separate investigations opened but they all seem to go cold. I have been referred to the Landlord Ombudsman, the OIG's office, the Commissioner's Office, the FBI and just all over the place. Everyone says they are sorry for what I'm going through, but no one has helped me.

In addition to the thefts, Ninoshka Thomas has maliciously flooded my house over 17 times and has vandalized the property with renovation costs about $50,000.00 or more, depending on what we find behind the walls. Further, she walked out the apartment leaving all her belongings, garbage and rotting food without informing anyone that she left. By the time my son had the courage to go and check if they were still there, the stench was so high, the contractors refused to go inside. This situation caused an infestation of roaches and rodents.

I do not know her forwarding address but one Mario Lamberti who lives at 540 Beach 72nd St, Arverne, Ny 11692, might have assisted her. His phone # is 646-964-8886, email: mariolamberti@yahoo.com. His company is Mell Management Inc. It is some kind of real estate company. He tried to fraudulently take possession of my house while claiming to help me as my property manager. He assisted tenant and HPD Legal Aid to break into the house and reattach water pipes. They then attached a bill of over $2,000.00 as lien against my house for the illegal work they did. They tried to get the previous tenant to let them into the 1st floor and when he refused, Mario used the key he had while pretending to be my agent and let HPD workers in. He swore he had nothing to do with it, even getting into a fight with tenants and taking out a fake order of protection against them. He deleted over 2 years of text messages we had. He also tried to rent the same apartments on the 1st floor to different people and took their money. He refuses to give one person back their deposit and tell her that I am responsible to pay back her money which I never received.

MAUREEN STENNETT  _Maureen Stennett_

NOTARY  _[signature]_  DATE  5/18/22

ELI TERCERO
NOTARY PUBLIC – GEORGIA
UNION COUNTY
My Commission Expires May 24, 2025
STATE OF GEORGIA

# EXHIBIT TWO







Kitchen/dining Room

AiR conditioner black with dirty grime

clothes, bags, Junk in dining room

 

in downstairs apt cleaning up from flooding





















# EXHIBIT THREE

Maureen Stennette

4202 E. Emerald Dr.

Kennesaw, Ga 30144

June 23, 2021

BORAC

Attn: Supervisor, Forged Check Unit

150 Greenwich St, 34th Floor.

New York, NY 10007

To Whom It Concern:

My name is Maureen Stennette. I am submitting the affidavit forms along with these cashed checks that were made out to me but were stolen, forged and cashed by City FEPS tenant, Ninoshka Thomas who also uses other last names such Cain, Santiago and Smith.

The theft was reported to BORAC since June 2019. I spoke to Officer Vaz on multiple occasions. I reported the case again in early 2020. Both times I was informed that the case is being investigated however, I could not be informed of the results. Her case # is 0342T0307E.

I was first notified that my checks were being cashed when I reported to her social worker, Minah Song at Catholic Charities that I was not being paid my rent. Her husband Roman Thomas informed me that she was indeed cashing the checks along with her friend Princess Brown whose last name is now Brown. I have the text message from him.

I have changed my address many times. I personally visited the HRA building on 16th St in Manhattan and reported the situation and changed my address. I received two checks at my address in Georgia from your department. However, that was the last payment I received.

I have been living a waking nightmare with this horrible person. She has been living rent and utility free while subletting rooms in the apartment. She has been evicted twice but I cannot get her out of my house because her Legal Aid keeps blocking the eviction. Damages to my house is over $100, 000.00. I have not been able to pay my mortgage since May 2020 and unpaid utility bills are about $15,000. All efforts to get paid have been unsuccessful.

Please help in any way you can.

Thank you.

Maureen Stennette

Phone: 917-379-4236

Form W-147Y
Rev. 4/24/15



## Affidavit of Improper Negotiation
## of Cash Assistance Check

**Instructions to the Landlord/Managing Agent:** If the endorsement on the enclosed copy of the check(s) is not yours, complete Section 2 of this affidavit, have it notarized and send it with the copy of the check(s) to:

**BORAC**
Attn: Supervisor, Forged Check Unit
150 Greenwich Street, 34th Floor
New York, NY 10007
Phone: (929) 221-6023

### Section 1
To be completed by Center staff

Case Number: 3 4 2 1 0 3 0 7 E

Center: 7 9

Case Type (FA, SNA, etc.): S N N C

Suffix: 0 1

Payee's Name (as it appears on check): S T E N N E T T E  M A U R E E N  FRCAM

Check Number: S P 4 3 3 7 7 9 5 0

Issue Date: 0 9 2 7 1 9

Amount: $ 1 , 4 5 5 . 0 0

### Section 2
To be completed by Landlord/Managing Agent

I, _Maureen Stennette_ (company name, if applicable), the undersigned, being duly sworn, depose and say that I

am the Landlord/Managing Agent of _462 Beach 64 St. Arverne, NY 11692_

My address/phone number is as follows: _4202 E. Emerald Dr NW, Kennesaw Ga 30144_

The attached check was issued by the Center and required my endorsement to be valid. I have examined a copy of said check and the endorsements thereon, and state that none of the endorsements were made by me or with my authority and that I did not receive any of the proceeds of said check.

Signature of Landlord/Managing Agent

REBECCA LYNN WRIGHT
NOTARY PUBLIC
HENRY COUNTY, GEORGIA
My Commission Expires January 24, 2022

Subscribed and sworn to before me: _Rebecca Wright_ Notary Public this _23rd_ day of _June_, 20 _21_.



Human Resources
Administration
Department of
Social Services

Service provided by Finance.Net

Bank: BA - Account Number: 2220015556 - Check Number: 43377950 - Amount: $1,455.00

PUBLIC ASSISTANCE
ACCOUNTS
THE CITY OF NEW YORK
PO BOX 181
NEW YORK

THE CITY OF NEW YORK
DEPARTMENT OF SOCIAL SERVICES
CASH THIS CHECK AT ONCE

BANK OF AMERICA

43377950

DATE
SEP 27  2019

AMOUNT
*******$1,455.00

PAY   ***  One Thousand Four Hundred Fifty-Five And 80/100 Dollars

PAY
TO THE
ORDER    MAUREEN STENNETTE FOR THOMA 1
         462  BEACH 54TH STR
         FAR ROCKAWAY NY 11692

⑈43377950⑈ ⑆011201539⑉: 00222001555⑆

06274000U185 TWD4B316
KeyAmt: 1455.00
4963447290
448253XXXXXX2934

HRA/Finance Office
Designed and developed by HRA/Finance Office (BEAD)

Form W-147Y
Rev. 4/24/15



**NYC** Human Resources Administration Department of Social Services   Family Independence Administration

## Affidavit of Improper Negotiation
## of Cash Assistance Check

**Instructions to the Landlord/Managing Agent:** If the endorsement on the enclosed copy of the check(s) is not yours, complete Section 2 of this affidavit, have it notarized and send it with the copy of the check(s) to:

**BORAC**
Attn: Supervisor, Forged Check Unit
150 Greenwich Street, 34th Floor
New York, NY 10007
Phone: (929) 221-6023

### Section 1
To be completed by Center staff

Case Number: 3 4 2 1 0 3 0 7 E

Center: 7 9    Case Type (FA, SNA, etc.): S N N C    Suffix: 0 1

Payee's Name (as it appears on check): S T E N N E T T E   M A U R E E N   FR CAIN

Check Number: S P 4 3 4 2 3 7 6 4

Issue Date: 1 0 3 0 1 9

Amount: $ 1, 4 5 5 . 0 0

### Section 2
To be completed by Landlord/Managing Agent

I, _Maureen Stennette_ _____ the undersigned, being duly sworn, depose and say that I
(company name, if applicable)

am the Landlord/Managing Agent of _462 Beach 64 St, Arverne, NY 11692_

My address/phone number is as follows: _4202 E. Emerald Dr. NW, Kennesaw_
_Ga 30144_

The attached check was issued by the Center and required my endorsement to be valid. I have examined a copy of said check and the endorsements thereon, and state that none of the endorsements were made by me or with my authority and that I did not receive any of the proceeds of said check.

Signature of Landlord/Managing Agent

REBECCA LYNN WRIGHT
NOTARY PUBLIC
HENRY COUNTY, GEORGIA
My Commission Expires January 24, 2022

Subscribed and sworn to before me:

_Rebecca Lynn Wright_    this _23rd_ day of _June_, 20 _21_
Notary Public

HRA/Finance Office

Designed and developed by HRA/Finance Office (IEAU)

Bank: BA - Account Number: 2220015566 - Check Number: 43423764 - Amount $1,455.00

Service provided by Finance.Net

NYC Human Resources Administration Department of Social Services

Form W-147Y
Rev. 4/24/15



Human Resources ; Family Independence
Administration ; Administration
Department of
Social Services

## Affidavit of Improper Negotiation
## of Cash Assistance Check

**Instructions to the Landlord/Managing Agent:** If the endorsement on the enclosed copy of the check(s) is not yours, complete Section 2 of this affidavit, have it notarized and send it with the copy of the check(s) to:

**BORAC**
Attn: Supervisor, Forged Check Unit
150 Greenwich Street, 34th Floor
New York, NY 10007
Phone: (929) 221-6023

**Section 1**
To be completed by Center staff

34210307E

| Center | Case Type (FA, SNA, etc.) | | | Case Number | | | | | | | Suffix |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 9 | S N N C | | | | | | | | | | 0 1 |

Payee's Name (as it appears on check)

| S | T | E | N | N | E | T | T | E | | M | A | U | R | E | E | N |

FR CAIN

Check Number

| S | P | 4 | 3 | 4 | 6 | 5 | 4 | 2 | |

| Issue Date | | | | | | | Amount |
|---|---|---|---|---|---|---|---|
| 1 1 2 7 1 9 | | | | | | | $ 1 , 4 5 5 . 0 0 |

**Section 2**
To be completed by Landlord/Managing Agent

I, _Maureen Stennette_ , the undersigned, being duly sworn, depose and say that I
(company name, if applicable)

am the Landlord/Managing Agent of _462 Beach 64 St, Arverne, NY 11692_

My address/phone number is as follows: _4202 E. Emerald Dr. NW_
_Kennesaw Ga 30144_

The attached check was issued by the Center and required my endorsement to be valid. I have examined a copy of said check and the endorsements thereon, and state that none of the endorsements were made by me or with my authority and that I did not receive any of the proceeds of said check.

_[signature]_
Signature of Landlord/Managing Agent

REBECCA LYNN WRIGHT
NOTARY PUBLIC
HENRY COUNTY, GEORGIA
My Commission Expires January 24, 2022

Subscribed and sworn to before me:
_Rebecca Lynn Wright_ this _23rd_ day of _June_ , 20 _21_
Notary Public



**NYC** Human Resources
Administration
Department of
Social Services

Service provided by Finance.Net

Bank: BA – Account Number: 2220015556 – Check Number: 43465442 – Amount: $1,455.00



Form W-147Y
Rev. 4/24/15



NYC  Human Resources / Family Independence
Administration / Administration
Department of
Social Services

## Affidavit of Improper Negotiation
## of Cash Assistance Check

Instructions to the Landlord/Managing Agent: If the endorsement on the enclosed copy of the check(s) is not yours, complete Section 2 of this affidavit, have it notarized and send it with the copy of the check(s) to:

**BORAC**
Attn: Supervisor, Forged Check Unit
150 Greenwich Street, 34th Floor
New York, NY 10007
Phone: (929) 221-6023

### Section 1
To be completed by Center staff

| Center | Case Type (FA, SNA, etc.) | Case Number | | Suffix |
|---|---|---|---|---|
| 7 9 | S N N C |  3 4 2 1 0 3 0 7 E | | 0 1 |

**Payee's Name (as it appears on check)**

S T E N N E T T E   M A U R E E N    FR CHN

**Check Number**

9 P 4 3 5 0 8 0 2 5

**Issue Date**

1 2 2 8 1 9

Amount

$ 1 , 4 5 5 . 0 0

### Section 2
To be completed by Landlord/Managing Agent

I, Maureen Stennette (company name, if applicable) ; the undersigned, being duly sworn, depose and say that I

am the Landlord/Managing Agent of 462 Beach 64 St, Arverne, NY 11692

My address/phone number is as follows: 4202 E. Emerald Dr, NW, Kennesaw Ga 30144

The attached check was issued by the Center and required my endorsement to be valid. I have examined a copy of said check and the endorsements thereon, and state that none of the endorsements were made by me or with my authority and that I did not receive any of the proceeds of said check.

Signature of Landlord/Managing Agent

REBECCA LYNN WRIGHT
NOTARY PUBLIC
HENRY COUNTY, GEORGIA
My Commission Expires January 24, 2022

Subscribed and sworn to before me:

Rebecca Lynn Wright   Notary Public   this   23rd   day of   June   20 21



**Human Resources**
**Administration**
**Department of**
**Social Services**

Service provided by Finance.Net

Bank: BA - Account Number: 2220015556 - Check Number: 43508025 - Amount: $1,455.00



Form W-147Y
Rev. 4/24/15

 **NYC** Human Resources | Family Independence
Administration   Administration
Department of
Social Services

## Affidavit of Improper Negotiation
### of Cash Assistance Check

**Instructions to the Landlord/Managing Agent:** If the endorsement on the enclosed copy of the check(s) is not yours, complete Section 2 of this affidavit, have it notarized and send it with the copy of the check(s) to:

**BORAC**
Attn: Supervisor, Forged Check Unit
150 Greenwich Street, 34th Floor
New York, NY 10007
Phone: (929) 221-6023

**Section 1**
To be completed by Center staff

| Center | Case Type (FA, SNA, etc.) | Case Number | Suffix |
|---|---|---|---|
| 7 9 | S N N C | 3 4 2 1 0 3 0 7 E | 0 1 |

Payee's Name (as it appears on check)

S T E N N E T T E   M A U R E E N   FR CAIN

Check Number

S P 4 3 5 7 5 6 8 6

Issue Date

0 1 2 9 2 0

Amount

$ 1, 4 5 5 . 0 0

**Section 2**
To be completed by Landlord/Managing Agent

I, _Maureen Stennette_ _____ ; the undersigned, being duly sworn, depose and say that I
(company name, if applicable)

am the Landlord/Managing Agent of _462 Beach 64 St, Arverne, NY 11692_

My address/phone number is as follows: _4202 E. Emerald Dr. NW, Kennesaw_
_Ga. 30144_

The attached check was issued by the Center and required my endorsement to be valid. I have examined a copy of said check and the endorsements thereon, and state that none of the endorsements were made by me or with my authority and that I did not receive any of the proceeds of said check.

_____
Signature of Landlord/Managing Agent

REBECCA LYNN WRIGHT
NOTARY PUBLIC
HENRY COUNTY, GEORGIA
My Commission Expires January 24, 2022

Subscribed and sworn to before me:

_Rebecca Lynn Wright_ this _23rd_ day of _June_ 20 _21_
Notary Public



**NYC** Human Resources
Administration
Department of
Social Services

Service provided by Finance.Net

Bank: BA – Account Number: 2220015556 – Check Number: 43575686 – Amount: $1,455.00





**HRA/Finance Office**
Designed and developed by HRA/Finance Office (BEAD)

1

Form W-147Y
Rev. 4/24/15



**NYC** Human Resources / Family Independence Administration
Department of Social Services

## Affidavit of Improper Negotiation
### of Cash Assistance Check

**Instructions to the Landlord/Managing Agent:** If the endorsement on the enclosed copy of the check(s) is not yours, complete Section 2 of this affidavit, have it notarized and send it with the copy of the check(s) to:

**BORAC**
Attn: Supervisor, Forged Check Unit
150 Greenwich Street, 34th Floor
New York, NY 10007
Phone: (929) 221-6023

**Section 1**
To be completed by Center staff

| Center | Case Type (FA, SNA, etc.) | Case Number | Suffix |
|---|---|---|---|

Center: `7 9`  Case Type: `S N N C`  Case Number: `3 4 2 1 0 3 0 7 E`  Suffix: `0 1`

Payee's Name (as it appears on check)

`S T E N N E T T E   M A U R E E N`   FR CAIN

Check Number: `S P 4 3 5 7 5 6 8 6`

Issue Date: `0 1 2 9 2 0`   $ Amount: `1 , 4 5 5 . 0 0`

**Section 2**
To be completed by Landlord/Managing Agent

I, _Maureen Stennette_
(company name, if applicable) the undersigned, being duly sworn, depose and say that I

am the Landlord/Managing Agent of _462 Beach 64 St, Arverne, NY 11692_

My address/phone number is as follows: _4202 E. Emerald Dr. NW, Kennesaw Ga. 30144_

The attached check was issued by the Center and required my endorsement to be valid. I have examined a copy of said check and the endorsements thereon, and state that none of the endorsements were made by me or with my authority and that I did not receive any of the proceeds of said check.

_____
Signature of Landlord/Managing Agent

REBECCA LYNN WRIGHT
NOTARY PUBLIC
HENRY COUNTY, GEORGIA
My Commission Expires January 24, 2022

Subscribed and sworn to before me:

_Rebecca Lyn Wright_ this _23rd_ day of _June_



Human Resources
Administration
Department of
Social Services

Service provided by Finance.Net

Bank: BA – Account Number: 2220015556 – Check Number: 43575686 – Amount: $1,455.00



HRA/Finance Office
Designed and developed by HRA/Finance Office (SEAD)

1



----- Forwarded Message -----
**From:** Smith, Donald <smithdon@dss.nyc.gov>
**To:** Maureen Stennett <mstennette@yahoo.com>
**Sent:** Thursday, March 24, 2022, 03:39:46 PM EDT
**Subject:** 034210307E Fw: FHEPS checks

Ms.  Stennett

The check copies you requested

**Donald Smith | *Supervisor-Check Replacement/Fraud & Forgery Unit***
Bureau of Reconciliation & Control (BORAC)
150 Greenwich Street, 34th Floor, New York, NY 10007
T: 929-221-6004
*smithdon@dss.nyc.gov* | *__NYC.gov/dss__*

*Together We Make a Difference for New Yorkers*

CONFIDENTIALITY NOTICE:
If you have received this electronic transmission in error, delete it without copying or forwarding it and
notify the sender of the error.

**From:** Maureen Stennett
**Sent:** Thursday, March 24, 2022 3:26 PM
**To:** Smith, Donald <smithdon@dss.nyc.gov>
**Subject:** [EXTERNAL] Fw: FHEPS checks

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments
unless you recognize the sender and know the content is safe.  Forward suspect email
to phish@cyber.nyc.gov as an attachment (Click the More button, then forward as attachment).

Hello Mr. Smith,

I spoke to you earlier today regarding case # 034210307E. I am the landlord of the property address at 462 Beach 64th St., Arverne, Ny 11692. Your client Ninoshka Thomas along with others, has stolen, forged and cashed my rent checks from March 2019 to sometime in 2020. I submitted a package with copies of such checks (29 in total) and request for replacement along with stopped checks which were intercepted before tenant got her hands on them. I am requesting copies of the forged checks to be sent to me via email at mstennette@yahoo.com.

You also requested evidence of my communication with others about the situation. Some are as follows:

In May of 2019, I spoke to Minah Song, Social Worker at Catholic Charities in Far Rockaway, New York, regarding not receiving rent payments for this family. She informed me that the checks were sent and were cashed. I informed her that I didn't receive any checks. On another occasion I spoke to her about the checks, and she informed me that the checks are being cashed. She sent me 2 forms to complete and send back to her. I completed a W9 and Change of Address form and sent to her. On another occasion I spoke to her about the situation and told her that the husband Roman Thomas informed me that his wife Ninoshka Thomas was stealing and cashing my checks (I have the text message). She told me that's a lie and refused to take my calls after that.

I contacted the HRA and was referred to the Fraud Department. I spoke to many different people who each told me different things. I don't have the exact date, but I spoke to Officer Vaz in June 2019. I had numerous conversations with him. He took all the necessary information and told me the case was being investigated but he could not give me any information.

On June 12, 2019, I spoke to a Ms. Ram. On June 25. I spoke to Ms. McGee- reference # 1897449. She told me to give one week and if no response to call back. On July 11, 2019, I called and spoke to Ms. Pinnock. On July 16, 2019, I spoke to Ms. Burgess who to told me they are still investigating and to call next week. On Julu 29. 2019 I called again and was told, no response yet and to call back on Thursday. This went on and on with no resolution. On November 1, 2019, I spoke to Mr. Vera- reference # 2008091. On November 26, 2019, I called again- complaint # 2028428.

On 3/9/2020 I spoke to Ms. Thomas at the Bureau of Fraud Department re checks. She referred me to her supervisor Mr. Morgan Neuwirth. I left message. On 3/10/20 I received a call from Ms. Crawford regarding the message I left for Mr. Neuwirth. She said the case is being investigated and if they need further information, they will reach out to me, or I can call the hotline #. They never followed up with me.

In March 2020, I visited the Job Center # 79 at Beach 59th St, in Arverne. I spent a long time with case worker Leslie Wallace (718-637-2143). She investigated and gave me copies of some of forged checks. She told me the signature matched that of Ninoshka Thomas. She told me to get them notarized and bring them back. I went back the next day. She took me to her office and again, I spent a long time with her. She did not take the checks from me. She told me that she couldn't do anything because she was going to retire soon and did not want to lose her job. I did not know what she meant by that until

sometime afterward. I realized that she was telling me that someone there was assisting in changing my address. During this time period I also visited the HRA office on 16th Street in Manhattan. I was sent all over the place from floor to floor. I eventually was able to see someone. I don't remember his name. It was a heavy set younger Spanish male who handled my case. He did not want to change my address because we thought the tenant would be evicted soon. However, he consulted with another employee- a black woman. She told him several times to change the address because anything can happen, and the tenant might still be there for a while. He went ahead and changed my address. Needless to say, she was there until January 2022.

On4/8/2020, I sent an email to you with a request for check replacement and a printout of checks. I received no response. On 6/23/21, I contacted Gladys Alcivar and you regarding this situation again with no resolution.

In July 2021, I think I called the hotline #. I was referred to investigator Javier Colon. I have several emails and phone conversations with him. Everything was going well until he stopped all communication after 9/14/2021.

On 1/26/2022 I called and spoke to Mr. Neuwirth re theft of checks. He said he is sending message to Javier Colon and his supervisor because there is nothing he can do. He said the banks probably need subpoenas. I have not heard anything from anyone regarding my case.

Tenant left apartment in January 2022 without informing me. Everything including furniture, thrash and rotting food left in house and refrigerator. The house was so stink, that contractor refused to go in. Water damages and vandalism of property is over $50,000.00. I submitted my claim for deposit and damages, but no one has responded.

Thanks for your help.

Sincerely,

Maureen Stennette

917-379-4236

----- Forwarded Message -----

**From:** Maureen Stennett <mstennette@yahoo.com>

**To:** MAUREEN sTENNETTE <mstennette@yahoo.com>

Sent: Thursday, March 24, 2022, 12:50:49 PM EDT

**Subject:** Fw: FHEPS checks

----- Forwarded Message -----

**From:** Maureen Stennett <mstennette@yahoo.com>

**To:** "rentcheck@dss.nyc.gov" <rentcheck@dss.nyc.gov>

**Sent:** Monday, March 9, 2020, 10:52:22 PM EDT

**Subject:** FHEPS checks

To Whom It Concern:

Good day. My name is Maureen Stennette. I am the Landlord for the property at 462 Beach 64th Street, Arverne, Ny 11692. This  concern is regarding case # 034210307E. Your client Ninoshka Thomas is a tenant in my house.  Her lease ended 2/28/2019 and was not renewed, since she has been smoking and doing drugs in my house among other violqtions of the lease. The neighbors have been calling the police to this address since the 1st week of their moving in.

I have been trying to get her out of my house without any success. I have made numerous calls to the HRA and was told that the only way to get her out was to take her to court. I have done that and won an eviction judgment against her, however, she still refuses to vacate the premises.

There are several issues that have arisen with this tenant.

1. She has been cashing my rent checks. I have received only 3 checks since March 2019.  In April 2019, I  received 1 opened check from client in the amount of $2,182.50. This was reported to the Bureau of Investigation since June of 2019. I spoke to Officer Vaz who stated the case was under investigation but he could not divulge any information to me.  In August I received 2 checks sent to my address in Georgia (which I requested) in the amount of $2,182.50 and $4.365.00 ($6,547.50)  I did not receive any further

checks, so I was not aware that they were sending the checks to the old address. On November 1, 2019, I spoke to Mr. Vera about the issue (Reference # 2008091). I am now informed that all checks sent out have been cashed.

2.  There is an addendum in the lease for client to pay utilities in the amount of $250 per month. She paid 2 months, then had the program pay for a few months. Since October 2018, she has not paid anything. She had me write letters to the program asking for help to pay her utilities. The monthly checks were sent to the above address with my name as the payee. She has forged my signature and cashed the checks. I do have copies of some of the forged checks which I received from the Rockaway Job Center.

3. She has deliberately caused damage to my home by flooding it 6 times. There is extensive damage with water pouring from upstairs to downstairs damaging the ceiling, walls, and tenant's property downstairs. She has damaged the new carpet beyond repair. It will have to be taken out. She broke the front door. She tore off the new rails on the outside stairs creating a safety hazard. She has placed garbage bins in the front of the house with garbage strewn all over the yard. She throws dirty diapers from upstairs down onto my other tenants air conditioner.

This has been an overwhelming situation for me and this has cost me thousands of dollars in lost revenue, damage control, court and travel expenses.

I am asking for help in resolving these issues and for this tenant to be held accountable for these atrocious and fraudulent acts.

I can be reached at phone # 917-379-4236 or email: mstennette@yahoo.com.

Thanks for your kind attention to this matter.

Sincerely,

Maureen Stennette

4202 E. Emerald Drive, NW, Kennesaw, Ga 30144

## Smith, Donald

| | |
|---|---|
| **From:** | Delaney, Harold |
| **Sent:** | Tuesday, July 13, 2021 1:53 PM |
| **To:** | Smith, Donald |
| **Cc:** | Richardson, Yvette |
| **Subject:** | RE: Case # 34210307E 27 checks and affidavits $12,786.00 stolen by tenant |

Sounds good.

**From:** Smith, Donald
**Sent:** Tuesday, July 13, 2021 1:49 PM
**To:** Delaney, Harold <delaneyh@dss.nyc.gov>
**Cc:** Richardson, Yvette <richardsony@dss.nyc.gov>
**Subject:** FW: Case # 34210307E 27 checks and affidavits $12,786.00 stolen by tenant
**Importance:** High

Harold,
BORAC received this letter and 27 checks **(most issued in 2019 which are starting to purge from CRS)** and affidavits
from a LL last week.
She's claiming the checks were stolen by the tenant and the issued was previously reported to the Agency.

Should BORAC process the investigations to BOA, to indicate we attempted to recovery and then send to the
program/center/legal for perusal?



**Donald Smith |** *Supervisor-Check Replacement Fraud & Forgery Unit*
Bureau of Reconciliation & Control (BORAC)
150 Greenwich Street, 34th Floor, New York, NY 10007

1

```
NQCS00 (P)                    WMS Case Inquiry Menu                   03/22/22
----------------------------------------|--------------------------------------
  #1. Address History                    |#14. Print CED Worksheet
  #2. Associated Names and Addresses     |#15. Medicare Inquiry
  #3. Benefit Issuance History Menu      |#16. MA Exceptions & Restrictions
  #4. Case Action History                |#17. MA Budget History
  #5. Case Composition                   |#18. Suffix Budget Information
  #6. Case Composition (Suffix Info)     |#19. Single Issue Information
  #7. Suffix Details (Line Info)         |#20. Budget History List
  #8. Pending Actions                    |#21. Recert, Mailout, Discrp, Result
  #9. Print Turnaround                   |#22. Case, Suffix, Indiv, Summary
 #10. Recoupment Menu                    |#23. Work in Progress List
 #11. Generate A New Clearance           |#24. Direct Vendor Inquiry
 #12. MA Summary Inquiry                 |#25. EAF/EAA Indicator Summary
 #13. Mass Rebudgeting Information       |#26. Display Ext. Clearance (WRS/UIB)
----------------------------------------+--------------------------------------
    Enter # of Option Desired 2
    Enter  Case # 034210307E  and   Suffix
       or
    Case Name
    Enter Date Range Desired  01/01/22 to 03/22/22
    Enter Reconstruction Date 03/22/22
                                                                       CMD
  F0528     NO ASSOC ADDRESSES FOUND FOR THIS CASE
```

```
NQCS01 (P)   Case Composition - Suffix/Individual Summary        07/06/21
   Case #  Ctr  U/W    MRS      FS Rent    0.00 RVI   TI         Pg 1 of 02
034210307E 079 WMCJT            PA Rent    0.00 APP SRC   RCRT SRC
            Address                City          Zip        Phone No.
462 BEACH 64 STREET, APT 2      ARVERNE        116920000 (929)-217-1424
         Case Name                          |          Case Name
THOMAS NINOSHKA          SF-NET              |                      SF-NET
SUF 01 FS SUF 01 Case FA  Lang SP E  |  SUF   FS SUF   Case    Lang SP
    Pg Stat      Type   Lang Read E   |      Pg Stat   Type    Lang Read
PA   RJ                    TB Ind     |  PA                      TB Ind
MA   RJ          Parent   TB Date     |  MA          Parent    TB Date
FS   RJ          Ind       /  /       |  FS          Ind        /  /
NEXT RECERT 12/28/20 FSINTN  ------------------------------------------
LAST PA RCT 01/08/20 LAST MA RCT   /  /   Next PA   /  /   Next ATP   /  /   M S
     Suffix              Individual Data                    Status  CAS A
Sel PA MA FS LN   CIN     First Name M   Last     Sex Birth  PA MA FS ES CDP I
    01 01 01 01 MK06969V NINOSHKA   M THOMAS     F 11/04/90 RJ RJ RJ 20 P
    01 01 01 02 PM85152A ANTONIO    C CAIN       M 12/12/88 CL CL CL 41 P
    01 01 01 03 PM81901Z ELYJIAH    M SMITH      M 07/20/10 RJ RJ RJ 30 P
    01 01 01 04 NU70169W NAIJAYA    R HAWES      F 09/12/12 CL CL CL 30 P
    01 01 01 05 MC99177M CAYDEN     N CAIN       M 12/13/14 RJ RJ RJ 30 P
    01 01 01 06 NF63406D ROMANN       THOMAS     M 08/14/76 CL CL CL 29 P
Next case #                                                 CMD
A0267    UNRESOLVED RFI DATA EXISTS FOR THIS CASE              RFI
```

----- Forwarded Message -----
**From:** Smith, Donald <smithdon@dss.nyc.gov>
**To:** Maureen Stennett <mstennette@yahoo.com>
**Sent:** Thursday, March 24, 2022, 03:39:46 PM EDT
**Subject:** 034210307E Fw: FHEPS checks

Ms. Stennett

The check copies you requested

**Donald Smith** | *Supervisor-Check Replacement/Fraud & Forgery Unit*
Bureau of Reconciliation & Control (BORAC)
150 Greenwich Street, 34th Floor, New York, NY 10007
T: 929-221-6004
*smithdon@dss.nyc.gov* | ***NYC.gov/dss***

*Together We Make a Difference for New Yorkers*

CONFIDENTIALITY NOTICE:
If you have received this electronic transmission in error, delete it without copying or forwarding it and
notify the sender of the error.

**From:** Maureen Stennett
**Sent:** Thursday, March 24, 2022 3:26 PM
**To:** Smith, Donald <smithdon@dss.nyc.gov>
**Subject:** [EXTERNAL] Fw: FHEPS checks

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments
unless you recognize the sender and know the content is safe.  Forward suspect email
to phish@cyber.nyc.gov as an attachment (Click the More button, then forward as attachment).

Hello Mr. Smith,

I spoke to you earlier today regarding case # 034210307E. I am the landlord of the property address at 462 Beach 64th St., Arverne, Ny 11692. Your client Ninoshka Thomas along with others, has stolen, forged and cashed my rent checks from March 2019 to sometime in 2020. I submitted a package with copies of such checks (29 in total) and request for replacement along with stopped checks which were intercepted before tenant got her hands on them. I am requesting copies of the forged checks to be sent to me via email at mstennette@yahoo.com.


You also requested evidence of my communication with others about the situation. Some are as follows:


In May of 2019, I spoke to Minah Song, Social Worker at Catholic Charities in Far Rockaway, New York, regarding not receiving rent payments for this family. She informed me that the checks were sent and were cashed. I informed her that I didn't receive any checks. On another occasion I spoke to her about the checks, and she informed me that the checks are being cashed. She sent me 2 forms to complete and send back to her. I completed a W9 and Change of Address form and sent to her. On another occasion I spoke to her about the situation and told her that the husband Roman Thomas informed me that his wife Ninoshka Thomas was stealing and cashing my checks (I have the text message). She told me that's a lie and refused to take my calls after that.


I contacted the HRA and was referred to the Fraud Department. I spoke to many different people who each told me different things. I don't have the exact date, but I spoke to Officer Vaz in June 2019. I had numerous conversations with him. He took all the necessary information and told me the case was being investigated but he could not give me any information.


On June 12, 2019, I spoke to a Ms. Ram. On June 25. I spoke to Ms. McGee- reference # 1897449. She told me to give one week and if no response to call back. On July 11, 2019, I called and spoke to Ms. Pinnock. On July 16, 2019, I spoke to Ms. Burgess who to told me they are still investigating and to call next week. On Julu 29. 2019 I called again and was told, no response yet and to call back on Thursday. This went on and on with no resolution. On November 1, 2019, I spoke to Mr. Vera- reference # 2008091. On November 26, 2019, I called again- complaint # 2028428.


On 3/9/2020 I spoke to Ms. Thomas at the Bureau of Fraud Department re checks. She referred me to her supervisor Mr. Morgan Neuwirth. I left message. On 3/10/20 I received a call from Ms. Crawford regarding the message I left for Mr. Neuwirth. She said the case is being investigated and if they need further information, they will reach out to me, or I can call the hotline #. They never followed up with me.


In March 2020, I visited the Job Center # 79 at Beach 59th St, in Arverne. I spent a long time with case worker Leslie Wallace (718-637-2143). She investigated and gave me copies of some of forged checks. She told me the signature matched that of Ninoshka Thomas. She told me to get them notarized and bring them back. I went back the next day. She took me to her office and again, I spent a long time with her. She did not take the checks from me. She told me that she couldn't do anything because she was going to retire soon and did not want to lose her job. I did not know what she meant by that until

sometime afterward. I realized that she was telling me that someone there was assisting in changing my address. During this time period I also visited the HRA office on 16th Street in Manhattan. I was sent all over the place from floor to floor. I eventually was able to see someone. I don't remember his name. It was a heavy set younger Spanish male who handled my case. He did not want to change my address because we thought the tenant would be evicted soon. However, he consulted with another employee- a black woman. She told him several times to change the address because anything can happen, and the tenant might still be there for a while. He went ahead and changed my address. Needless to say, she was there until January 2022.

On4/8/2020, I sent an email to you with a request for check replacement and a printout of checks. I received no response. On 6/23/21, I contacted Gladys Alcivar and you regarding this situation again with no resolution.

In July 2021, I think I called the hotline #. I was referred to investigator Javier Colon. I have several emails and phone conversations with him. Everything was going well until he stopped all communication after 9/14/2021.

On 1/26/2022 I called and spoke to Mr. Neuwirth re theft of checks. He said he is sending message to Javier Colon and his supervisor because there is nothing he can do. He said the banks probably need subpoenas. I have not heard anything from anyone regarding my case.

Tenant left apartment in January 2022 without informing me. Everything including furniture, thrash and rotting food left in house and refrigerator. The house was so stink, that contractor refused to go in. Water damages and vandalism of property is over $50,000.00. I submitted my claim for deposit and damages, but no one has responded.

Thanks for your help.

Sincerely,

Maureen Stennette

917-379-4236

----- Forwarded Message -----

**From:** Maureen Stennett <mstennette@yahoo.com>

**To:** MAUREEN sTENNETTE <mstennette@yahoo.com>

**Sent:** Thursday, March 24, 2022, 12:50:49 PM EDT

**Subject:** Fw: FHEPS checks


----- Forwarded Message -----

**From:** Maureen Stennett <mstennette@yahoo.com>

**To:** "rentcheck@dss.nyc.gov" <rentcheck@dss.nyc.gov>

**Sent:** Monday, March 9, 2020, 10:52:22 PM EDT

**Subject:** FHEPS checks


To Whom It Concern:


Good day. My name is Maureen Stennette. I am the Landlord for the property at 462 Beach 64th Street, Arverne, Ny 11692. This  concern is regarding case # 034210307E. Your client Ninoshka Thomas is a tenant in my house.  Her lease ended 2/28/2019 and was not renewed, since she has been smoking and doing drugs in my house among other violqtions of the lease. The neighbors have been calling the police to this address since the 1st week of their moving in.


I have been trying to get her out of my house without any success. I have made numerous calls to the HRA and was told that the only way to get her out was to take her to court. I have done that and won an eviction judgment against her, however, she still refuses to vacate the premises.


There are several issues that have arisen with this tenant.


1. She has been cashing my rent checks. I have received only 3 checks since March 2019.  In April 2019, I  received 1 opened check from client in the amount of $2,182.50. This was reported to the Bureau of Investigation since June of 2019. I spoke to Officer Vaz who stated the case was under investigation but he could not divulge any information to me.  In August I received 2 checks sent to my address in Georgia (which I requested) in the amount of $2,182.50 and $4.365.00 ($6,547.50)  I did not receive any further

checks, so I was not aware that they were sending the checks to the old address. On November 1, 2019, I spoke to Mr. Vera about the issue (Reference # 2008091).  I am now informed that all checks sent out have been cashed.

2.  There is an addendum in the lease for client to pay utilities in the amount of $250 per month. She paid 2 months, then had the program pay for a few months. Since October 2018, she has not paid anything. She had me write letters to the program asking for help to pay her utilities. The monthly checks were sent to the above address with my name as the payee. She has forged my signature and cashed the checks. I do have copies of some of the forged checks which I received from the Rockaway Job Center.

3. She has deliberately caused damage to my home by flooding it 6 times. There is extensive damage with water pouring from upstairs to downstairs damaging the ceiling, walls, and tenant's property downstairs. She has damaged the new carpet beyond repair. It will have to be taken out. She broke the front door. She tore off the new rails on the outside stairs creating a safety hazard. She has placed garbage bins in the front of the house with garbage strewn all over the yard. She throws dirty diapers from upstairs down onto my other tenants air conditioner.

This has been an overwhelming situation for me and this has cost me thousands of dollars in lost revenue, damage control, court and travel expenses.

I am asking for help in resolving these issues and for this tenant to be held accountable for these atrocious and fraudulent acts.

I can be reached at phone # 917-379-4236 or email: mstennette@yahoo.com.

Thanks for your kind attention to this matter.

Sincerely,

Maureen Stennette

4202 E. Emerald Drive, NW, Kennesaw, Ga 30144

# EXHIBIT FOUR

Joedene Stennett
2008 Seagirt Blvd
Far Rockaway
NY 11691
January 21, 2021

Previous Address
462 Beach 64th Street
Arverne NY 11692

TO WHOM IT MAY CONCERN

Dear Sir/Madam,

My name is Joedene Stennett, and I lived at above stated address from 2012 to April 2019. This letter serves to outline my experience while living at 462 Beach 64th St, Arverne, NY 11692 with Tenants that moved in February 2018.

From the period February 2018 to April 2019, when I moved, my experience was nothing short of a nightmare. There was nonstop loud noise, (yelling, fights, music). The argued almost every night. These arguments sometimes turned into full fights, I would be awakened from my sleep to them arguing, loud shouting, screaming, sounds of things falling over, doors being slammed, and the walls being hit which would go on for hours. I was in school at the time, going to bed at 10 pm only to be awakened at 11, 12 or 1 am by them. I am usually to shaken to go back to sleep, which meant I would be going to work tired. The fights occurred sometimes during the day as well which resulted in multiple police visits.

They played their music very loud, I could not hear myself speak, could not concentrated when doing schoolwork or rest. If it is not the loud music, it would be the kids jumping from what seems the bed or couch onto the floor. I called and spoke to her once. Noting, "I have no issue with the kids playing but if she can ask them not to jump onto the floor as echo is very loud." Would be good. This was an issue for her, as per her, I was, "being disrespectful" asking that. I did reinforce with her that she does not know when I home, because I am very mindful that I share the house with other people and as such I try not to do anything that would cause her discomforts and I would appreciate if this was reciprocated. This made no difference.

They smoked in the house; my allergy problems became worst because I was inhaling cigarette and marijuana smoke. My apartment smelled of it, I could no longer keep laundry in the laundry room as I would have to rewash them.

They stored their garbage everywhere, the bins overflowed. Soon I had to keep my garbage inside as they used up all the bins. Garbage spilled over in front band back yard, (recyclable mixed with non-recyclable). Used, unwrapped diapers just thrown in the garbage, animals dragging it into the neighbor's yards. This became an issue for the neighbors, as they began to complain about cleaning her garbage on their property as well as the loud noise.

Several packages were delivered for me, that I have not received. On three occasion I only got my packages because I went to them, told them I knew it was delivered and asked for it. I asked them to leave my packages when delivered, as I have been there for years and I have never had a package stolen. Still, they continued to remove them, sometimes when I ask for them, they were opened. I usually get the excuse, "Oh we didn't know it was yours." But my name is on them.

They constantly broke things; there was always something clogged or overflowing. As soon as my husband would fix something in no time it was broken again or there was new issue. I knew I needed to move when I saw the number of strange men coming to the house, one after the other. Sometimes I would come home, they are on the step, smoking marijuana or inside. I was home alone a lot and I no longer felt comfortable. It was hard working as nurse, coming home from a stressful job to not be able to have a good night's rest or feel safe. I moved April 2018 because it became unbearable to live there. It is my Mother-in-laws house, and I would have loved to stay but simply put they are a nuisance, and it became too much to deal with daily.

I can be reached at joedenestennett@gmail.com or 347 839 9814.

Sincerely,

Joedene Stennett, BSN, RN



**NYC** Human Resources
Administration
Department of
Social Services

Service provided by Finance.Net

Bank: BA - Account Number: 2220015556 - Check Number: 24092340 - Amount: $250.50

PUBLIC ASSISTANCE
ACCOUNTS
THE CITY OF NEW YORK
DEPT. OF SOCIAL SERVICES
PO BOX 181
NEW YORK          NY-10274—0181
RS    J5315448 28184   0   28916075 19088

THE CITY OF NEW YORK
DEPARTMENT OF SOCIAL SERVICES
CASH THIS CHECK AT ONCE

BANK OF AMERICA
24092340

DATE              AMOUNT
JAN 24, 2020    ******$250.50

PAY *** Two Hundred Fifty And 50/100 Dollars

00034210307E-01   79  SMC

PAY
TO THE
ORDER
OF

STENNETTE MAUREEN FR CAIN
462  BEACH 64TH STR.
FAR ROCKAWAY, NY 11692

⑈24092340⑈ ⑆011201539⑆ 002220015556⑈



HRA/Finance Office
Designed and developed by HRA/Finance Office (SEAD)

1



Human Resources
Administration
Department of
Social Services

Service provided by Finance.Net

Bank: BA - Account Number: 2220015556 - Check Number: 23875529   Amount: $250.50







Human Resources
Administration
Department of
Social Services

Service provided by Finance.Net

Bank: BA - Account Number: 2220015556 - Check Number: 23766325 - Amount: $250.50

PUBLIC ASSISTANCE
ACCOUNTS
THE CITY OF NEW YORK
DEPT OF SOCIAL SERVICES
PO BOX 181
NEW YORK, NY 10274-0181

THE CITY OF NEW YORK          BANK OF AMERICA
DEPARTMENT OF SOCIAL SERVICES
CASH THIS CHECK AT ONCE

23766325

DATE          AMOUNT
DEC 10, 2019        **$250.50

00034210307E-01   79   SRNC

PAY *** Two Hundred Fifty And 50/100 Dollars

PAY
TO THE
ORDER
OF      STENNETTE MAUREEN FR CAIN
        462 BEACH 64TH STR
        FAR ROCKAWAY NY 11692

⑈23766325⑈ ⑆011204539⑆ 002220015556⑈

101287000180 TW04B295 12/28/2019 2:14 PM
KeyAmt: 250.50
4353447290
448233XXXXXX8534

HRA/Finance Office
Designed and developed by HRA/Finance Office (SEAD)

1



**Human Resources Administration Department of Social Services**

Service provided by Finance.Net

Bank: BA - Account Number: 2220015556 - Check Number: 23655427 - Amount: $250.50

THIS DOCUMENT CONTAINS A TRUE WATERMARK - THERMOCHROMATIC INK ON BACKER

PUBLIC ASSISTANCE ACCOUNTS

THE CITY OF NEW YORK
DEPARTMENT OF SOCIAL SERVICES

BANK OF AMERICA

23655427

THE CITY OF NEW YORK
DEPT. OF SOCIAL SERVICES
PO BOX 181
NEW YORK - NY 10274-0181
RS     34755184 27714      0        28396403 20128

CASH THIS CHECK AT ONCE

DATE
NOV 23, 2019

AMOUNT
*******$250.50

PAY *** Two Hundred Fifty And 50/100 Dollars

44-REAT ONLY
00034210307E-01 64 79 SHNC

PAY TO THE ORDER OF
STENNETTE MAUREEN FR CAIN
462  BEACH 64TH STR.
FAR ROCKAWAY, NY 11692

⑆ 23655427⑆ ⑈011201539⑈ 002220015556⑈

043760000059 TW04C751 11/26/2019 11:51 PM
KeyAmt: 250.50
4353447290
448233XXXXXX8534

2104359

ENDORSE HERE
X Maureen Stennette

* HOLD TO LIGHT TO VIEW WATERMARK. * THERMOCHROMATIC INK FADES FROM ORANGE TO YELLOW.



**Human Resources
Administration
Department of
Social Services**

Service provided by Finance.Net

Bank: BA - Account Number: 2220015556 - Check Number: 23546666 - Amount: $250.50

PUBLIC ASSISTANCE
ACCOUNTS
THE CITY OF NEW YORK
DEPT. OF SOCIAL SERVICES
PO BOX 181
NEW YORK    NY 10274-0181
RS     3162A367 26813

THE CITY OF NEW YORK
DEPARTMENT OF SOCIAL SERVICES
CASH THIS CHECK AT ONCE

BANK OF AMERICA

23546666

DATE        AMOUNT

NOV 12, 2019      *******$250.50

2728692 9500

00034210302E-D[    79   SMNC

M-RENT ONLY

PAY : *** Two Hundred Fifty And 50/100 Dollars

PAY
TO THE     STENNETTE MAUREEN FR CAIN
ORDER      462  BEACH 64TH STR
OF    3    FAR ROCKAWAY NY 11692

⑄"23546666"⑆ ⑆011201539⑆: 002220015556⑆"

003144000189 TW04B295 11/14/2019  5:55 AM
KeyAmt: 250.50
4353447290
448233XXXXXX8534

• HOLD TO LIGHT TO VIEW WATERMARK
• THERMOCHROMATIC INK FADES FROM ORANGE TO YELLOW •

**HRA/Finance Office**
Designed and developed by HRA/Finance Office (SEAD)

1



**Human Resources
Administration
Department of
Social Services**

Service provided by Finance.Net

Bank: BA - Account Number: 2220015556 - Check Number: 23436598 - Amount: $250.50

THIS DOCUMENT CONTAINS A TRUE WATER . . THERMOCHROMATIC INK ON BACKER

**PUBLIC ASSISTANCE
ACCOUNTS**

THE CITY OF NEW YORK
DEPT. OF SOCIAL SERVICES
PO BOX 181
NEW YORK          NY 10274-0181
RS    31479240 26605      0      28116672 9425

**THE CITY OF NEW YORK**
DEPARTMENT OF SOCIAL SERVICES

CASH THIS CHECK AT ONCE

BANK OF AMERICA                    51-153
                                   113

23436598

DATE                AMOUNT

OCT 24, 2019      *******$250.50

PAY *** Two Hundred Fifty And 50/100 Dollars

IF SENT ONLY

0003421030ZE-01    79    SNHC

PAY
TO THE
ORDER
OF

STENNETTE MAUREEN FR CAIN
462  BEACH 64TH STR
FAR ROCKAWAY, NY 11692

⑆23436598⑆ ⑆011205391⑆ 0022200155561⑈

18835678



Human Resources
Administration
Department of
Social Services

Service provided by Finance.Net

Bank: BA - Account Number: 2220015556 - Check Number: 23216319 - Amount: $250.50

THIS DOCUMENT CONTAINS A TRUE WATERMARK - THERMOCHROMATIC INK ON BACKER

PUBLIC ASSISTANCE
ACCOUNTS
THE CITY OF NEW YORK
DEPT. OF SOCIAL SERVICES
PO BOX 181
NEW YORK          NY 10274-0181
RS      39169985 26276      0      27886977 9478

THE CITY OF NEW YORK
DEPARTMENT OF SOCIAL SERVICES
CASH THIS CHECK AT ONCE

BANK OF AMERICA

23216319

DATE                AMOUNT
SEP 24, 2019    *******$250.50

PAY *** Two Hundred Fifty And 50/100 Dollars

CD-RGHT ONLY

00034210307E-01   79   SNNC

PAY
TO THE     STENNETTE MAUREEN FR CAIN
ORDER      462 BEACH 64TH STR.
OF         FAR ROCKAWAY, NY 11692

⑆23216319⑆ ⑉011201539⑉ 0022200015556⑆

1551084

• HOLD TO LIGHT TO VIEW WATERMARK.
• THERMOCHROMATIC INK FADES FROM ORANGE TO YELLOW.

**HRA/Finance Office**
Designed and developed by HRA/Finance Office (SEAD)

1



**Human Resources
Administration
Department of
Social Services**

Service provided by Finance.Net

Bank: BA - Account Number: 2220015556 - Check Number: 22995084 - Amount: $250.50

THIS DOCUMENT CONTAINS A TRUE WATERMARK • THERMOCHROMATIC INK ON BACKER

**PUBLIC ASSISTANCE
ACCOUNTS**
THE CITY OF NEW YORK
DEPT. OF SOCIAL SERVICES
PO BOX 181
NEW YORK,        NY 10274-0181
RS      33916723 26090    0      27021479 9549

**THE CITY OF NEW YORK**
DEPARTMENT OF SOCIAL SERVICES
CASH THIS CHECK AT ONCE

BANK OF AMERICA                 57-153
                                   213

**22995084**

DATE              AMOUNT

AUG 24, 2019    ********$250.50

PAY *** Two Hundred Fifty And 50/100 Dollars

99-RENT ONLY

000342103076-01    79    SINNC

PAY
TO THE
ORDER
OF

STENNETTE MAUREEN FR CAIN
462  BEACH 64TH STR.
FAR ROCKAWAY, NY 11692

⑈22995084⑈ ⑆011201539⑆ 0022001555⑆

1283847

• HOLD TO LIGHT TO VIEW WATERMARK.
• THERMOCHROMATIC INK FADES FROM ORANGE TO YELLOW.

ENDORSE HERE

```
                        179A94w219BEACH02J060NQCS5B
NQCS5B (P)          PA Benefits Issued   12/01/19 Thru 03/07/20              02/20/20
                 Case # 034210307E  Center 079  Unit/Worker CF200      Page 02 of MM
         Related Case #                                          Reconciliation
                     Issuance                              Rdm Dt Out Tell Vouch
S    Suf Ln --Date-- Cycle                  Payment  Payment      --Date--Status
e      T  Cd   Type        RTG  Benefit #   Amount   Period       Amount   Discr
l  01    01/25/20      EBT  SP04971909     35.00  09/01/19
1        PA SI 98 HEAP        PUC  9   EMRG IND  F        09/30/19    01/26/20   3
                                                                    35.00
2  01    01/25/20    B         24092340   250.50 01/26/20
         RE SP 10 SHELTER     PUC      EMRG IND        02/10/20    01/31/20   3
                                                                   250.50
3  01    01/25/20    B    EBT  24200117   253.05 01/26/20
         PA RE 05 RECUR-G     PUC      EMRG IND  F     02/10/20    02/12/20   3
                                                                   253.05
4  01    01/10/20    A         23984564   250.50 01/11/20
         RE SP 10 SHELTER     PUC      EMRG IND        01/25/20    02/14/20   1
                                                                           250.50
5  01    01/10/20    A    EBT  24062705   253.05 01/11/20
         PA RE 05 RECUR-G     PUC      EMRG IND  F     01/25/20    01/26/20   3
                                                                   253.05

     Enter number in Select column to View Grant Details
   Next Case:              Date Range: 12/01/19  Thru  03/07/20        CMD
```

Page 1







**VERIFICATION OF CRIME/LOST PROPERTY**
PD 542-061 (Rev. 05-19)

| | |
|---|---|
| Requests for Verification of Crime/Lost Property reports from Complainants/Victims, their authorized representative, or an authorized third party will be completed free of charge. Complainants/Victims designating an authorized representative must also complete and submit a notarized AUTHORIZATION LETTER [page 2]. All applicants must enclose a stamped self-addressed envelope. Please mail requests to New York City Police Department, Criminal Records Section (Verification Unit), 1 Police Plaza, Room 303, New York, NY 10038. Complainants/Victims can also request a copy of a Verification of Crime/Lost Property report by submitting their request online at https://www1.nyc.gov/site/nypd/services/law-enforcement/record-requests.page. In order to find this record you MUST furnish all information requested below, particularly the complaint number and precinct of record (occurrence). Verification of your request cannot be made without this information. The complaint number may be obtained by calling the precinct or detective squad concerned during the hours of 7 a.m. to Midnight. | CITYPAY FRM# 76333<br><br>4/24/2020<br><br>FOR USE BY N Y P D |

| * Complaint Number | * Precinct of Report | Exact location where crime took place |
|---|---|---|
| 2020-100-01071 | 100 | INSIDE OF 462 BEACH 64 STREET |

| Mail Record To:<br>(Print or Type) | STENNETTE,MAUREEN<br>4202 EAST EMERALD DRIVE<br>KENNESAW, GA 30144 | Full name and address of complainant/victim as reported to Police Department<br>STENNETTE,MAUREEN |
|---|---|---|

| Date reported to Police | Time (if known) | This report concerns: ☑ Crime  ☐ Lost Property |
|---|---|---|
| 04/22/2020 | 2150 | ☐ Other (describe)  BURGLARY |

| Date and Time of Crime /<br>Loss of Property (if different<br>than date of report) | Date<br>04/21/2020 | Time<br>1800 | Name of officer who received your report, if known.<br>POM RONAN ANDREW |
|---|---|---|---|

Any additional information which may aid in searching for your record

| Applicant's Name | Applicant's Signature | Date |
|---|---|---|
| STENNETTE,MAUREEN | | |

### FOR POLICE DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE
THE FOLLOWING IS A VERIFICATION OF THE ABOVE REQUEST INCLUDING PROPERTY INVOLVED

### BURGLARY/ RESIDENCE - HOUSE

AT TPO, REPORTER STATES WHILE SLEEPING, HE HEARD BANGING AT FRONT APT DOOR. UPON WAKING AND RUNNING TO FRONT APT TO CHECK, HE OBSERVED BROKEN DOOR KNOB/BROKEN DOOR FRAME. VIDEO CAMERAS AT LOCATION ARE INOPERABLE. CANVASS OF CAMERAS INAREA W/ NEG RESULTS (CAMERA VIEWED @ 460 BEACH 64 ST, DOES NOT SHOW DOORWAY OR ANY PERSON PASS.) UNKOWN IF ANY PROPERTY WAS TAKEN FROM APT. 100 PDU NOTIFIED AND RESPONDED. ECT NOTIFIED AND REPSONDED, RUN # 1083. LT. CORNIER ON SCENE.

NEW YORK CITY POLICE DEPARTMENT
CRIMINAL RECORDS SECTION
1 POLICE PLAZA - ROOM 303
NEW YORK, NEW YORK  10038

NEW YORK CITY POLICE DEPARTMENT
CRIMINAL RECORDS SECTION
1 POLICE PLAZA - ROOM 303
NEW YORK, NEW YORK  10038

Raised seal required for validation

| Alarm No. | Report verified by (print title, name/sign)<br>PRAA DORIS GARNER | Date<br>06/03/2020 |
|---|---|---|

**PAGE 1**

| Form **W-9** (Rev. October 2018) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** ► Go to *www.irs.gov/FormW9* for instructions and the latest information. | Give Form to the requester. Do not send it to the IRS. |

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

Maureen Althea Stennette

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only one of the following seven boxes.

[✓] Individual/sole proprietor or single-member LLC   [ ] C Corporation   [ ] S Corporation   [ ] Partnership   [ ] Trust/estate

[ ] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ►

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

[ ] Other (see instructions) ►

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

4202 E. Emerald Dr

**6** City, state, and ZIP code

Kennesaw, Ga 30144

**7** List account number(s) here (optional)

Requester's name and address (optional)

---

## Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number

| 1 | 0 9 | - | 7 8 | - | 6 4 4 4 |

or

Employer identification number

---

## Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

| Sign Here | Signature of U.S. person ► Maureen St... | Date ► 5/12/2019 |

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

- Form 1099-INT (interest earned or paid)

- Form 1099-DIV (dividends, including those from stocks or mutual funds)
- Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)
- Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)
- Form 1099-S (proceeds from real estate transactions)
- Form 1099-K (merchant card and third party network transactions)
- Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)
- Form 1099-C (canceled debt)
- Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*

Cat. No. 10231X                                        Form **W-9** (Rev. 10-2018)



Human Resources
Administration
Department of
Homeless Services

DSS-8k (E) 11/01/2018 (page 1 of 2)

**Department of
Social Services**

## Change of Payee for CityFHEPS Payments

The person who completes this form must be either:

1. The managing agent;
2. The person who signed the original "CityFHEPS Landlord Statement of Understanding";
   **OR**
3. The current owner.

| **1. Tenant Information** |
|---|

Name: _Ninoshka Thomas_          Program Type: _FEPS_

Address: _462 Beach 64 St, Arverne, NY 11692_

| **2. Change of Payee Reason and Effective Date** |
|---|

Reason for Payee Change (check which box applies):

☐ Change in ownership (please provide bill of sale, deed, or other proof of ownership change, if not provided already)

☐ Change in Management (please provide the following if different from the payee information below):

Management Company Name: _____

Address: _____ Apt. or Suite #: _____

City: _____ State: _____ Zip Code: _____

☐ Other: Please explain reason for payee change. _____
_____

Effective Date of Payee Change: _____

| **3. Payee Name (checks will be made payable to the designated payee on behalf of the owner)** |
|---|

Payee Name: _Maureen Stennette_

| **4. Payee Information** |
|---|

Name of Contact Person (if Payee is an Entity): _____

Email: _mstennette@yahoo.com_  Phone #: _917-379-4236_

**(Turn Page)**

DSS-8k (E) 11/01/2018 (page 2 of 2)

Department of Social Services
Human Resources Administration

**5. Mailing Address for Checks**

Address: 4202 E. Emerald Dr                                                    Apt. or Suite #: _____

City: Kennesaw                    State: Ga                    Zip Code: 30144

**6. Payee's Mailing Address (if different from *Mailing Address for Checks* above)**

Address: _____   Apt. or Suite #: _____

City: _____   State: _____   Zip Code: _____

**7. Landlord Statement**

Complete and sign the statement below:

Please be advised that I _____, hereby authorize

(print landlord name)

_____ to receive payment for the apartment

(print payee name)

located at: _____

(print full address)

for the above-referenced tenant.

Landlord Name: Maureen Stennette _____

Landlord Signature: Maureen St A _____

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS: HOUSING PART D                    Index No. L&T 066794/20
------------------------------------------------X
MAUREEN STENNETTE,
                    Petitioner,

-against-                                            **STIPULATION OF SETTLEMENT**

NINOSHKA THOMAS, ROMAN THOMAS,
JOHN/JANE DOE,
                    Respondents.
------------------------------------------------X

Petitioner and respondent Ninoshka Thomas do hereby stipulate and agree as follows:

   1.      Petitioner's motion seeking execution of the warrant is granted to the extent of

staying execution through January 21, 2021 subject to any further Administrative Orders,

Directives, Executive Orders and/or other changes in law that may impact petitioner's right to

execute the warrant of eviction.  Nothing herein shall be deemed a waiver of respondent's rights

under, or petitioner's obligation to comply with, any such limits, requirements or changes

imposed on or after the date of this stipulation.

   2.      In the event respondent fails to vacate by January 21, 2021, marshal's notice may

be served and warrant executed.  APS notification for respondent Roman Thomas upon default.

   3.      The parties acknowledge that respondent Ninoshka Thomas is currently residing

in the subject premises with her minor children and may use this stipulation as proof of such for

purposes of starting/continuing utilities services in the apartment.

   4.      Respondent Ninoshka Thomas represents that respondent Roman Thomas is

currently incapacitated at the Cliffside Rehabilitation and Residential Health Center in Flushing,

Queens, has not been in the subject premises since January 2020 and does not believe that Mr.

Thomas intends to return to the apartment.

5.     Petitioner reserves claims for rent arrears and/or use and occupancy through

vacate date and respondent reserves defenses.

6.     Electronic signatures shall be deemed originals for purpose of this stipulation.

7.     Either party may file this stipulation with the Court.

Dated: Queens, NY
        December 21, 2020

Mohamed Baig, Esq., of Counsel
Salfarlie, Salfarlie & Assoc.,
88-18 Sutphin Blvd.
Jamaica, NY 11435
718-291-7433
*Attorneys for Petitioner*

Maureen Stennette, Petitioner

Daniel Nakos, of Counsel
The Legal Aid Society
120-46 Queens Blvd., 3rd Fl.
Kew Gardens, NY 11415
646-568-0950
*Attorneys for Respondent, Ninoshka Thomas*

02/05/2018  03:52  7183274908                    PERFECTPROPERTIES                         PAGE  04/04

## LEASE AGREEMENT

The Landlord and Tenant agree to lease the Apartment at the Rent and for the Term stated on these terms:

LANDLORD: _____  TENANT: _____

Apartment (and terrace, if any): _____

Lease date: _____

Term _____ 20 __ beginning _____ 20 __   Yearly Rent $ _____
                          ending _____ 20 __   Monthly Rent $ _____
                                                    Security $ _____

Rider    Additional terms on _____

**1. Use**

The Apartment must be used only as a private Apartment to live in and for no other reason. Only a party signing this Lease and the spouse and children of that party may use the Apartment.

**2. Failure to give possession**

Landlord shall not be liable for failure to give Tenant possession of the Apartment on the beginning date of the Term. Rent shall be payable as of the beginning of the Term unless Landlord is unable to give possession. Rent shall then be payable as of the date possession is available. Landlord will notify Tenant as to the date possession is available. The ending date of the Term will not change.

**3. Rent, added rent**

The rent payment for each month must be paid on the first day of that month at Landlord's address. Landlord need not give notice to pay the rent. Rent must be paid in full and no amount subtracted from it. The first month's rent is to be paid when Tenant signs this Lease. Tenant may be required to pay other charges to Landlord under the terms of this Lease. They are to be called "added rent". This added rent is payable as rent, together with the next monthly rent due. If Tenant fails to pay the added rent on time, Landlord shall have the same rights against Tenant for it as Landlord has when Tenant does not pay rent. If the Lease is cancelled and Landlord may give notice to Tenant that Tenant may no longer pay rent in installments. The entire rent for the rest of the Term will then be due and payable.

**4. Security**

Tenant has given Security to Landlord in the amount stated above. If Tenant fully complies with all of the terms of this Lease, Landlord will return the Security after the Term ends. If Tenant does not fully comply with the terms of this Lease, Landlord may use the Security to pay amounts owed by Tenant, including damages. If Landlord sells or leases the Building, Landlord may give the Security to the buyer or lessee. Tenant will look only to the buyer or lessee for the return of the Security.

**5. Services**

Landlord will supply: (a) heat as required by law, and (b) hot and cold water for bathroom and kitchen sink. Stopping or reducing of service(s) will not be grounds for Tenant to stop paying rent, to make a money claim or to claim eviction. Damage to the equipment or appliances supplied by Landlord caused by Tenant's act or neglect, may be repaired by Landlord at Tenant's expense. The repair cost will be added rent.

Tenant must pay for all electric, gas, telephone, water, sewerage and other utility services used in the Apartment and arrange for them with the public utility company.

Landlord may stop any service of the plumbing, heating, elevator, air cooling or electrical systems, because of accident, emergency, repairs, or changes until the work is complete. If unable to supply any service because of labor trouble, Government order, lack of fuel supply or other cause not controlled by Landlord, Landlord is excused from supplying that service. Service shall resume when Landlord is able to supply it.

**6. Repairs**

Tenant must take good care of the Apartment and all equipment and fixtures in it. Tenant must, at Tenant's cost, make all repairs and replacements whenever the need results from Tenant's act or neglect. If Tenant fails to make a needed repair or replacement, Landlord may do it. Landlord's expense will be added rent.

**7. Alterations**

Tenant must obtain Landlord's prior written consent to install any paneling, flooring, "built in" decorations, partitions, railings or make alterations or to paint or wallpaper the apartment. Tenant must not change the plumbing, ventilating, air conditioning, electric or heating systems. If consent is given, the alterations and installations shall become the property of Landlord when completed and paid for, and shall remain with and as part of the Apartment at the end of the Term. Landlord has the right to demand that Tenant remove the alterations and installations before the end of the Term. The demand shall be by notice, given at least 15 days before the end of the Term. Landlord is not required to do so. If Landlord does the work during the last month of the Term, Tenant is still liable for rent for the full month.

**8. Fire, accident, defects, damage**

Tenant must give Landlord prompt notice of fire, accident, damage or dangerous or defective condition. If the Apartment can not be used because of fire or other casualty, Tenant is not required to pay rent for the time the Apartment is unusable. If part of the Apartment cannot be used, Tenant must pay rent for the usable part. Landlord shall have the right to decide which part of the Apartment is usable. Landlord need only repair the damaged structural parts of the Apartment. Landlord is not required to repair or replace any equipment, fixtures, furnishings or decorations unless installed by Landlord. Landlord is not responsible for delays due to settling insurance claims, obtaining estimates, labor and supply problems or any other cause not fully under Landlord's control.

If the fire or other casualty is caused by an act or neglect of Tenant or guest of Tenant, or at the time of the fire or casualty Tenant is in default in this Lease, then all repairs will be made at Tenant's expense and Tenant must pay the full rent with no adjustment. The cost of the repairs will be added rent.

Landlord has the right to demolish or rebuild the Building if there is substantial damage by fire or other casualty. Even if the Apartment is not damaged, Landlord may cancel this Lease within 30 days after the fire or casualty by giving Tenant notice of Landlord's intention to demolish or rebuild. The Lease will end 30 days after Landlord's cancellation notice to Tenant. Tenant must deliver the Apartment to Landlord on or before the cancellation date in the notice and pay all rent due to the date of the fire or casualty. If the Lease is cancelled Landlord is not required to repair the Apartment or Building.

**9. Liability**

Landlord is not liable for loss, expense, or damage to any person or property, unless due to Landlord's negligence. Tenant must pay for damages suffered and money spent by Landlord relating to any claim arising from any act or neglect of Tenant. Tenant is responsible for all acts of Tenant's family, employees, guests or invitees.

**10. Landlord may enter**

Landlord may at reasonable times, enter the Apartment to examine, to make repairs or alterations, and to show it to possible buyers, lenders or tenants.

**11. Assignment and sublease**

Tenant must not assign this Lease or sublet all or part of the Apartment or permit any other person to use the Apartment. If Tenant does, Landlord has the right to cancel the Lease as stated in the Default section.

**12. Subordination**

This Lease and Tenant's rights, are subject and subordinate to all present and future: (a) leases for the Building or the land on which it stands, (b) mortgages on the leases or the Building or land, (c) agreements securing money paid or to be paid by a lender, and (d) terms, conditions, renewals, changes of any kind and extensions of the mortgages or leases or Lender agreements. Tenant must promptly execute any certificate(s) that Landlord requests to show that this Lease is so subject and subordinate. Tenant authorizes Landlord to sign these certificate(s) for Tenant.

**13. Condemnation**

If all of the Apartment or Building is taken or condemned by a legal authority, the Term, and Tenant's rights shall end as of the date the authority takes title to the Apartment or Building. If any part of the Apartment or Building is taken, Landlord may cancel this Lease on notice to Tenant. The notice shall set a cancellation date not less than 30 days from the date of the notice. If the Lease is

**PRIORITY MAIL**
**FLAT RATE ENVELOPE**
**POSTAGE REQUIRED**



# PRIORITY®
## MAIL

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

# FLAT RATE ENVELOPE
**ONE RATE ■ ANY WEIGHT**

# TRACKED ■ INSURED



PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**P**

US POSTAGE & FEES PAID
PRIORITY MAIL
ZONE 6 FLAT-RATE ENVELOPE
ComPisPrice

062S0011691826
16028225
FROM 30144

stamps
endicia
08/23/2022

## PRIORITY MAIL 2-DAY™

Maureen Stennette
4202 E Emerald Dr Nw
Kennesaw GA 30144-5152

SHIP
TO:   UNITED STATES  DISTRICT COURT
      -PRO-SE CLERK-
      500 Pearl St
      New York NY 10007-1316

### USPS TRACKING #



9405 5111 0803 3429 8080 52

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.

RECEIVED
SEP - 7 2022
PRO SE OFFICE

■ UNITED STATES
■ POSTAL SERVICE ®