```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------x

 MAURENE STENNETTE,

                      Plaintiff,              MEMORANDUM & ORDER
                                               22-CV-5755(EK)(LB)
          -against-

 NEW YORK DEPARTMENT OF SOCIAL
 SERVICES HUMAN RESOURCES
 ADMINISTRATION,

                      Defendant.

--------------------------------------x
```

ERIC KOMITEE, United States District Judge:

        The Court has received Magistrate Judge Bloom's Report and Recommendation (R&R) dated June 8, 2023. ECF No. 16. Judge Bloom recommends that the plaintiff's complaint be dismissed pursuant to Rules 16(f) and 37(b)(2)(A)(v) of the Federal Rules of Civil Procedure. Neither party has filed objections and the time to do so has expired. Accordingly, the Court reviews Judge Bloom's recommendation for clear error on the face of the record. *See* Advisory Comm. Notes to Fed. R. Civ. P. 72(b); *accord* S*tate Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013). Having reviewed the record, I find no clear error and therefore adopt the R&R in its entirety. Thus, plaintiff's complaint is dismissed under Rules 16(f) and 37(b)(2)(A)(v).

The Clerk of Court is respectfully directed to enter judgment for the defendant and close the case.

SO ORDERED.

      /s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated:    September 21, 2023
           Brooklyn, New York